**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-4754**

---

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

CHARLES C. PAYNE,

                              Defendant - Appellant.

---

Appeal from the United States District Court for the Southern District of West Virginia, at Parkersburg. Charles H. Haden II, Chief District Judge; Joseph Robert Goodwin, District Judge. (CR-90-280)

---

Submitted:  April 17, 1997          Decided:  April 25, 1997

---

Before NIEMEYER and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Hunt L. Charach, Federal Public Defender, Brian J. Kornbrath, Assistant Federal Public Defender, Charleston, West Virginia, for Appellant.  Rebecca A. Betts, United States Attorney, Ray M. Shepard, Assistant United States Attorney, Huntington, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles C. Payne appeals from the district court's order denying his motion to continue his hearing for revocation of supervised release. We affirm.

We review a district court's denial of a motion for continuance for an abuse of discretion. To warrant reversal of such a denial, an appellant must establish both that the district court abused its discretion and that he or she was prejudiced thereby. United States v. Bakker, 925 F.2d 728, 735 (4th Cir. 1991). Payne has established neither and accordingly we affirm the district court's denial of his motion for continuance. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED